| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Scott Castle | 4/30/1960 | CA | Central District of California | No | Yorba Linda Water Distict (CA3010037) | No | Testicular Cancer | 1-9 |
| 2 | Manuel Castorena Jr. | 2/3/1977 | CA | Eastern District of California | No | City of Clovis (CA1010003) | No | Testicular Cancer | 1-9 |
| 3 | Felipe Castro | 8/9/1959 | TX | Western District of Texas | No | City Of San Angelo (TX2260001) | No | Kidney Cancer | 1-9 |
| 4 | Roman Castro | 12/20/1972 | TX | Western District of Texas | No | City Of Elgin (TX0110002) | No | Kidney Cancer | 1-9 |
| 5 | Robert Caucci | 9/15/1961 | DE | District of Delaware | No | Artesian Water Company (DE0000552) | No | Kidney Cancer | 1-9 |
| 6 | Kenee Caulk | 12/31/1996 | DE | District of Delaware | No | Artesian Water Company (DE0000552) | No | Ulcerative Colitis | 1-9 |
| 7 | Steven Chambers | 7/7/1966 | NC | Middle District of North Carolina | No | City of Durham (NC0332010) | No | Kidney Cancer | 1-9 |
| 8 | Mark Chapman | 5/16/1949 | VA | Western District of Virginia | No | Fairfax County Water (VA6059501) | No | Kidney Cancer | 1-9 |
| 9 | Joseph Charla III | 1/5/1962 | NY | Southern District of New York | No | Jersey City Municipal Utilities Authority (NJ0906001) | No | Kidney Cancer | 1-9 |
| 10 | Ricteisha Citizen | 3/15/1984 | CA | Northern District of California | No | City Of Sacramento (CA3410020) | No | Ulcerative Colitis | 1-9 |
| 11 | Flamon Clark | 9/30/1971 | CA | Northern District of California | Yes | East Bay Municipal Utilities District (CA0110005) | No | Testicular Cancer | 1-9 |
| 12 | Janine Clark | 11/20/1986 | NY | Eastern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 13 | Javier Colon | 4/16/1969 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 14 | Mark Connell | 8/18/1966 | TX | Northern District of Texas | No | City Of Grapevine (TX2200013) | No | Kidney Cancer | 1-9 |
| 15 | Joseph Cooley | 8/7/1978 | NJ | District of New Jersey | No | Suez Water New Jersey Rahway (NJ2013001) | No | Testicular Cancer | 1-9 |
| 16 | Mattew Cooper | 1/12/1984 | TX | Northern District of Texas | No | City of Fort Worth (TX2200012) | No | Testicular Cancer | 1-9 |
| 17 | Mark Corbin | 12/29/1966 | IL | Central District of Illinois | No | Galesburg Public Water Service (IL0950200) | No | Testicular Cancer | 1-9 |
| 18 | Jeffrey Cornell | 3/21/1974 | WV | Southern District of West Virginia | No | Lubeck Public Service District (WV3305404) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 19 | Marlene Cournet | 9/1/1950 | LA | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 20 | Tuere Crawford | 2/28/1975 | MA | District of Massachusetts | No | Attleboro Water Dept (MA4016000) | No | Kidney Cancer | 1-9 |
| 21 | Steven Creamer | 8/27/1980 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 22 | Harvey Credle | 3/16/1984 | VA | Eastern District of Virginia | No | City of Norfolk (VA3710100) | No | Testicular Cancer | 1-9 |
| 23 | Matthew Crill | 4/30/1998 | FL | Southern District of Florida | No | Delray Beach Public Water System (FL4500351) | No | Testicular Cancer | 1-9 |
| 24 | Thomas Croall | 4/21/1956 | FL | Southern District of Florida | No | City of Deerfield Beach (FL4060254) | No | Kidney Cancer | 1-9 |
| 25 | Ignacio Cruz | 4/25/1986 | NJ | District of New Jersey | No | Suez Water Manalapan Township - Knob Hill (NJ1326002) | No | Testicular Cancer | 1-9 |
| 26 | Javier Cuevas | 10/30/1991 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Testicular Cancer | 1-9 |
| 27 | Harold Curtis III | 7/13/1968 | MS | Southern District of Mississippi | No | East Madison Water Assn-West (MS0450007) | No | Kidney Cancer | 1-9 |
| 28 | Robert Curtis | 11/1/1972 | TX | Western District of Texas | No | City Of Seguin (TX0940002) | No | Testicular Cancer | 1-9 |
| 29 | Karlas Dabney | 5/13/1953 | MI | Eastern District of Michigan | No | Ann Arbor (MI0000220) | No | Kidney Cancer | 1-9 |
| 30 | Steven Darby | 7/31/1972 | FL | Southern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Testicular Cancer | 1-9 |
| 31 | Lavatte David | 2/8/1967 | MD | District of Maryland | No | City of Baltimore (MD0300002) | No | Liver Cancer | 1-9 |
| 32 | Feltus Davis | 5/6/1968 | LA | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 33 | Vincent Davis | 7/8/1965 | TX | Western District of Texas | No | City Of Pflugerville (TX2270014) | No | Ulcerative Colitis | 1-9 |
| 34 | William Davis | 10/10/1975 | CA | Eastern District of California | No | San Jose Water (CA4310011) | No | Testicular Cancer | 1-9 |
| 35 | Jacob Day | 3/26/1988 | KY | Eastern District of Kentucky | No | Cumberland Municipal Water Works (KY0480092) | No | Testicular Cancer | 1-9 |
| 36 | Maria De la Ossa | 8/15/1962 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 37 | Kyle DeBoer | 10/4/1978 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Testicular Cancer | 1-9 |
| 38 | Gary Deets | 2/28/1943 | CT | District of Connecticut | No | Springfield Water & Sewer Commission (MA1281000) | No | Kidney Cancer | 1-9 |
| 39 | Juan Dejesus | 3/19/1990 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Testicular Cancer | 1-9 |
| 40 | Luis Delgado Lopez | 12/21/1992 | CA | Central District of California | No | Ontario Municipal Utilities Company (CA3610034) | No | Testicular Cancer | 1-9 |
| 41 | Thomas Demattia | 11/22/1959 | MA | District of Massachusetts | No | Lowell Regional Water Utility (MA3160000) | No | Kidney Cancer | 1-9 |
| 42 | Traci Dickinson | 2/7/1970 | IL | Central District of Illinois | No | East Peoria (IL1790200) | No | Kidney Cancer | 1-9 |
| 43 | Luis M Diego | 8/11/1995 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Testicular Cancer | 1-9 |
| 44 | Stephen Diehl | 11/8/1947 | KY | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Kidney Cancer | 1-9 |
| 45 | John Dipalermo | 2/12/1959 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Testicular Cancer | 1-9 |
| 46 | Ruby M Dominguez | 12/5/1978 | TX | Western District of Texas | No | City Of Pearsall (TX0820002) | No | Kidney Cancer | 1-9 |
| 47 | William Donat | 2/3/1965 | CA | Central District of California | No | Hesperia Water District (CA3610024) | No | Kidney Cancer | 1-9 |
| 48 | Joe Doom | 5/25/1978 | KY | Western District of Kentucky | No | Crittenden-Livingston Co Water District (KY0700532) | No | Testicular Cancer | 1-9 |
| 49 | Scott Doucette | 4/5/1972 | FL | Middle District of Florida | No | City of Pompano Beach (FL4061129) | No | Testicular Cancer | 1-9 |
| 50 | Richard Doyle | 8/5/1960 | AZ | District of Arizona | No | Butler Water Department (NJ1403001) | No | Kidney Cancer | 1-9 |
| 51 | Rose Marie Duarte | 6/20/1945 | CA | Central District of California | No | City of Orange (CA3010027) | No | Kidney Cancer | 1-9 |
| 52 | Veronica Duclion | 7/5/1966 | TX | Eastern District of Texas | No | Orange County Wcid 1 (TX1810005) | No | Kidney Cancer | 1-9 |
| 53 | Taquan Dudley | 1/2/1987 | NY | Eastern District of New York | No | Cape Fear Public Utilities Authority - Wilmington (NC0465010) | No | Liver Cancer | 1-9 |
| 54 | Ruth Duley | 8/21/1967 | SC | District of South Carolina | No | Orangeburg DPU (SC3810001) | No | Liver Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 55 | Michelle Dunsmore | 8/30/1968 | CA | Central District of California | No | Ontario Municipal Utilities Company (CA3610034) | No | Ulcerative Colitis | 1-9 |
| 56 | Jessica Ellis | 9/23/1978 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Ulcerative Colitis | 1-9 |
| 57 | Tyler Enoch | 9/28/1986 | CA | Central District of California | No | City of Anaheim (CA3010001) | No | Testicular Cancer | 1-9 |
| 58 | Randy Ernst | 8/9/1956 | MN | District of Minnesota | No | Hastings, MN (MN1190012) | No | Kidney Cancer | 1-9 |
| 59 | Ronald Eugene Hester Sr. | 6/9/1947 | NC | Middle District of North Carolina | No | City of Winston-Salem (NC0234010) | No | Kidney Cancer | 1-9 |
| 60 | Prince Evans | 9/2/1986 | MO | Eastern District of Missouri | No | Farmington Pws (MO4010270) | No | Testicular Cancer | 1-9 |
| 61 | Valerie A Fadden | 8/1/1956 | NH | District of New Hampshire | No | Pennichuck Water Works (NH1621010) | No | Kidney Cancer | 1-9 |
| 62 | Marcia Faircloth | 5/2/1957 | TX | Northern District of Texas | No | City Of Clyde (TX0300002) | No | Kidney Cancer | 1-9 |
| 63 | Susan Farrell | 6/12/1954 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 64 | Rosendo Figueroa | 9/5/1963 | CA | Southern District of California | No | City Of San Diego (CA3710020) | No | Kidney Cancer | 1-9 |
| 65 | Michael Flagle | 3/15/1963 | NE | District of Nebraska | No | City Of North Platte (NE3111106) | No | Testicular Cancer | 1-9 |
| 66 | Shirley Flores | 11/26/1946 | WA | Western District of Washington | No | City of Vancouver (WA5391200) | No | Kidney Cancer | 1-9 |
| 67 | Paula Ford | 11/20/1956 | TX | Western District of Texas | No | City Of Lockhart (TX0280001) | No | Kidney Cancer | 1-9 |
| 68 | Jeffrey Foulkes | 9/10/1984 | CA | Central District of California | No | Westfield DPW Water Division (MA1329000) | No | Testicular Cancer | 1-9 |
| 69 | Ralph Fox | 4/17/1948 | GA | Northern District of Georgia | No | Dalton Utilities (GA3130000) | No | Kidney Cancer | 1-9 |
| 70 | Joanna Frank | 6/15/1983 | SC | District of South Carolina | No | City of Columbia (SC4010001) | No | Ulcerative Colitis | 1-9 |
| 71 | Robert Fullone | 11/6/1981 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 72 | Paul Gademsky | 4/20/1957 | OR | District of Oregon | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 73 | Stephen Gaines | 8/9/1981 | CA | Northern District of California | No | East Bay Municipal Utilities District (CA0110005) | No | Testicular Cancer | 1-9 |
| 74 | Gabriel Galvan | 1/12/1996 | FL | Southern District of Florida | No | City Of Hialeah (FL4130604) | No | Testicular Cancer | 1-9 |
| 75 | Jayne Gamache | 12/9/1957 | MA | District of Massachusetts | No | North Adams Water Dept (MA1209000) | No | Kidney Cancer | 1-9 |
| 76 | Jonathan Garcia | 12/13/1988 | FL | Southern District of Florida | No | Sunrise Sawgrass (FL4061408) | No | Testicular Cancer | 1-9 |
| 77 | Kristy Garcia | 5/13/1980 | CA | Eastern District of California | No | City Of Grand Prairie (TX0570048) | No | Ulcerative Colitis | 1-9 |
| 78 | Fidel Garza | 1/13/1949 | TX | Southern District of Texas | No | Mcallen Public Utility (TX1080006) | No | Kidney Cancer | 1-9 |
| 79 | Raul Garza | 7/13/1949 | TX | Southern District of Texas | No | City Of Port Lavaca (TX0290002) | No | Kidney Cancer | 1-9 |
| 80 | Timothy Gauwitz | 3/19/1969 | IL | Central District of Illinois | No | East Peoria (IL1790200) | No | Testicular Cancer | 1-9 |
| 81 | Gwendolyn Geddies | 2/7/1950 | SC | District of South Carolina | No | Mt. Pleasant Water Works (SC1010002) | No | Kidney Cancer | 1-9 |
| 82 | Pamela Gianatsis | 11/2/1961 | LA | Eastern District of Louisiana | No | Belle Chasse Water District (LA1075001) | No | Kidney Cancer | 1-9 |
| 83 | Gary Gibson | 12/31/1954 | AZ | District of Arizona | No | Liberty Water LPSCO (AZ0407046) | No | Kidney Cancer | 1-9 |
| 84 | Greg A. Gibson | 7/8/1973 | VA | Eastern District of Virginia | No | PWCSA - East (VA6153600) | No | Kidney Cancer | 1-9 |
| 85 | Valarie Gilbert | 11/27/1961 | OH | Southern District of Ohio | No | Dayton Public Water System (OH5703512) | No | Kidney Cancer | 1-9 |
| 86 | Lavar Giviens | 12/20/1980 | SC | District of South Carolina | No | City of Columbia (SC4010001) | No | Kidney Cancer | 1-9 |
| 87 | Maureen Glynn | 4/22/1970 | MA | District of Massachusetts | No | Attleboro Water Dept (MA4016000) | No | Ulcerative Colitis | 1-9 |
| 88 | John Godbout | 8/18/1970 | CT | District of Connecticut | No | Meriden Water Division (CT0800011) | No | Kidney Cancer | 1-9 |
| 89 | Shayna Goldberg | 10/30/1969 | MA | District of Massachusetts | No | Stoughton Water Dept (MA4285000) | No | Ulcerative Colitis | 1-9 |
| 90 | Hollees Goldman | 1/13/1962 | CT | District of Connecticut | No | South Central Connecticut Regional Water Authority (CT0930011) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 91 | Javier Gonzalez | 11/9/1960 | TX | Southern District of Texas | No | El Paso Water Utilities Public Service (TX0710002) | No | Kidney Cancer | 1-9 |
| 92 | Mariano Gonzalez | 4/25/1991 | TX | Western District of Texas | No | City Of Laredo (TX2400001) | No | Testicular Cancer | 1-9 |
| 93 | Richard Gordon | 12/8/1968 | MT | District of Montana | No | Kalispell Public Works (MT0000259) | No | Kidney Cancer | 1-9 |
| 94 | Tyson Gordon | 5/8/1988 | FL | Middle District of Florida | No | HCPUD/South-Central (FL6290787) | No | Testicular Cancer | 1-9 |
| 95 | Rebecca Gotts | 8/8/1982 | MI | Western District of Michigan | No | Traverse City (MI0006640) | No | Ulcerative Colitis | 1-9 |
| 96 | Seyerick Grace | 6/8/1968 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 97 | Travis Gray | 4/26/1986 | IN | Northern District of Indiana | No | Elkhart Public Works & Utilities (IN5220008) | No | Ulcerative Colitis | 1-9 |
| 98 | Kenneth Green | 9/9/1951 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 99 | John Greene IV | 4/4/1985 | NY | Western District of New York | No | Emerald Coast Utilities Authority (FL1170525) | No | Ulcerative Colitis | 1-9 |
| 100 | Jeffrey Greene | 10/16/1989 | CA | Eastern District of California | No | California Water Service - Bakersfield (CA1510003) | No | Testicular Cancer | 1-9 |
| 101 | Holly Griffin | 11/14/1955 | TX | Northern District of Texas | No | City Of Weatherford (TX1840005) | No | Kidney Cancer | 1-9 |
| 102 | Joseph Griparich | 8/10/1970 | NY | Eastern District of New York | No | Town Of Hempstead Water Department (NY2900000) | No | Testicular Cancer | 1-9 |
| 103 | Joseph Grushack | 10/14/1983 | NJ | District of New Jersey | No | Parsippany-Troy Hills Water Department (NJ1429001) | No | Testicular Cancer | 1-9 |
| 104 | Robert Guengerich | 6/3/1971 | AZ | District of Arizona | No | Town Of Gilbert (AZ0407092) | No | Kidney Cancer | 1-9 |
| 105 | Jared Guevara | 2/18/1995 | FL | Middle District of Florida | No | Miami-Dade WSD (FL4130871) | No | Testicular Cancer | 1-9 |
| 106 | Kevin Gummel | 9/12/1977 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 107 | Victoria Guthrie | 5/26/1960 | CA | Eastern District of California | No | Linden County Water District (CA3910019) | No | Kidney Cancer | 1-9 |
| 108 | Thomas Hall | 9/30/1964 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 109 | Jason Hamilton | 7/27/1969 | PA | Middle District of Pennsylvania | No | Veolia/Suez Water PA (PA7220015) | No | Kidney Cancer | 1-9 |
| 110 | Latasha G. Hankerson | 9/13/1983 | FL | Southern District of Florida | No | City Of Lauderhill (FL4060787) | No | Kidney Cancer | 1-9 |
| 111 | Tina Harbin | 1/28/1969 | SC | District of South Carolina | No | Grand Stand Water & Sewer Authority (SC2620004) | No | Kidney Cancer | 1-9 |
| 112 | Terry Harbison | 2/9/1969 | FL | Middle District of Florida | No | Okeechobee Utility Authority (FL4470257) | No | Ulcerative Colitis | 1-9 |
| 113 | Jeffrey Hargrave | 4/27/1977 | WA | Western District of Washington | No | City of Vancouver (WA5391200) | No | Testicular Cancer | 1-9 |
| 114 | Evan Harris | 1/26/1981 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Testicular Cancer | 1-9 |
| 115 | General Harris | 2/11/1964 | LA | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 116 | Lena Harris | 10/17/1959 | AZ | District of Arizona | No | Town Of Gilbert (AZ0407092) | No | Kidney Cancer | 1-9 |
| 117 | Stephen Hatfield | 6/17/1967 | TX | Western District of Texas | No | City Of Austin Water And Wastewater (TX2270001) | No | Kidney Cancer | 1-9 |
| 118 | Richard Hawkey | 10/19/1998 | NJ | District of New Jersey | No | New Jersey American Water - Western (NJ0327001) | No | Testicular Cancer | 1-9 |
| 119 | Wayne Hean | 8/28/1958 | IA | Southern District of Iowa | No | Dallas Water Utility (TX0570004) | No | Ulcerative Colitis | 1-9 |
| 120 | Jonathan Hebert | 3/23/1996 | TX | Western District of Texas | No | City Of Hutto (TX2460007) | No | Testicular Cancer | 1-9 |
| 121 | Julie Helps | 12/14/1957 | IA | Southern District of Iowa | No | Urbandale Water Utility (IA7780042) | No | Kidney Cancer | 1-9 |
| 122 | Joy Henry | 12/1/1958 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Liver Cancer | 1-9 |
| 123 | Theresa Hensel | 8/29/1977 | IN | Northern District of Indiana | No | South Bend Water Works (IN5271014) | No | Kidney Cancer | 1-9 |
| 124 | Justin Herbster | 10/3/1985 | NJ | District of New Jersey | No | Brick Township MUA (NJ1506001) | No | Ulcerative Colitis | 1-9 |
| 125 | Fernando Hernandez | 8/5/1976 | CA | Central District of California | No | Suburban Water Systems - Whittier (CA1910174) | No | Testicular Cancer | 1-9 |
| 126 | Fernando Hernandez | 11/19/2000 | CA | Central District of California | No | San Bernardino City (CA3610039) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 127 | Robert Hideg | 8/10/1976 | AZ | District of Arizona | No | City Of Peoria (AZ0407096) | No | Testicular Cancer | 1-9 |
| 128 | Freddie L Hill | 11/3/1950 | AL | Northern District of Alabama | No | Birmingham Water Works (AL0000738) | No | Liver Cancer | 1-9 |
| 129 | Travis Hinkle | 8/1/1986 | WV | Southern District of West Virginia | No | Ronceverte Water (WV3301310) | No | Testicular Cancer | 1-9 |
| 130 | Joseph Hoban | 7/3/1957 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 131 | James Hoffman | 5/23/1962 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 132 | Francisco Holland | 5/1/1970 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 133 | Shannon Hollin | 12/5/1976 | KY | Eastern District of Kentucky | No | Corbin Utilities Commission (KY1180085) | No | Kidney Cancer | 1-9 |
| 134 | Mark C Holmes | 10/16/1970 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 135 | Evelyn Howell | 5/31/1970 | FL | Middle District of Florida | No | Ocud/Western Regional Wtr Sys (4 Wps) (FL3481546) | No | Kidney Cancer | 1-9 |
| 136 | Judith A. Howlett | 9/19/1957 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 137 | Robert Joseph | 9/29/1971 | IL | Northern District of Illinois | No | South Elgin (IL0890800) | No | Kidney Cancer | 1-9 |
| 138 | Nathan Kofmehl | 11/8/1996 | AZ | District of Arizona | No | Salt Lake City Water System (UTAH18026) | No | Ulcerative Colitis | 1-9 |
| 139 | Peter Perrine | 4/25/1984 | CA | Northern District of California | No | City Of Sacramento (CA3410020) | No | Testicular Cancer | 1-9 |
| 140 | Hannah Peterson | 9/29/1991 | AZ | District of Arizona | No | Provo City (UTAH25006) | No | Ulcerative Colitis | 1-9 |